# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2012

*The Court of Appeals hereby passes the following order:*

### A13A0248. MIKA'IL AHMED EL-KARIF BEY v. KHUFU SUTUKH RANUB-EL.

On July 5, 2012, the trial court entered judgment for the defendant in this contract and fraud action. The plaintiff filed a motion for reconsideration, which the trial court denied. On August 7, 2012, the plaintiff filed a notice of appeal to this Court.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). Although the plaintiff had a right to appeal the trial court's order granting judgment to the defendant, he does not have the right to appeal the trial court's denial of his motion for reconsideration. The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Here, the plaintiff's notice of appeal was filed 33 days after entry of the judgment against him. Accordingly, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>10/11/2012</u>
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*